UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

                                          Objection to Amended

                                          Scheduling order of Trial

Bryon Biggs                                   case 10-cv-408

Vs

P&B Capital Group


FILED MAY 13 2011
MICHAEL J. ROEMER, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

I the Plaintiff Object to the amended Scheduling of the Trial date, the end of November or December 2011 due to personal family matters I have to attend to.

Objection under Federal Rule 15

May 13, 2011                                         Sincerely,

                                                             Bryon Biggs

*[handwritten]:* SO has trial scheduled for 1/10/2012
FPTC for 11/17/2011

*[handwritten signature — clerk]*

DENIED AND SO ORDERED
LESLIE G. FOSCHIO, U.S.M.J.
DATE: 5/19/11